MASTERS *v.* BOARD OF SUPERVISORS OF ALGER
COUNTY.

COUNTIES—RIGHT OF COUNTY TO FURNISH ABSTRACTS.
This case is controlled by *Thomas v. Board of Supervisors of Wayne Co., ante,* 72.

Appeal from Alger; Fead (Louis H.), J.  Submitted June 9, 1920.  (Docket No. 17.)  Decided April 6, 1921.

Bill by Wallace H. Masters and others against the board of supervisors of Alger county and the county of Alger to enjoin the maintenance of a tract index and the furnishing of abstracts of title to land.  From a decree for plaintiffs, defendants appeal.  Reversed, and bill dismissed.

*R. W. Nebel* and *E. A. Macdonald* (*Beaumont, Smith & Harris,* of counsel), for plaintiffs.

*Berg, Clancey & Randall* (*Matthew H. Bishop, Thomas G. Long* and *William L. Carpenter,* of counsel), for defendants.

SHARPE, J.  In this case an injunction is sought by plaintiffs, who are taxpayers of the county of Alger, to restrain the defendant board from expending money in causing a tract index or set of abstract books to be compiled in that county.  It presents a similar question to that decided in *Thomas* v. *Board of Sup'rs of Wayne Co., ante,* 72, and is ruled thereby.

The decree entered is reversed, and one may be

entered here dismissing the bill of complaint, with costs of both courts to defendants.

STEERE, C. J., and MOORE, STONE, CLARK, and BIRD, JJ., concurred with SHARPE, J.

The late Justice BROOKE took no part in this decision.

FELLOWS, J. (*dissenting*). For the reasons stated by me in *Thomas v. Board of Sup'rs of Wayne Co., ante,* 72, I dissent from the conclusion reached by Mr. Justice SHARPE.